UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13

Cynthia L. Caldwell                 :    No. 16-15341-JKF

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Second Amended Chapter 13 Plan and Certificate of Service filed on February 22, 2017.

        /s/ David M. Offen
        David M. Offen, Esquire
        Curtis Center, 1st Fl., Ste. 160 W
        601 Walnut Street
        Philadelphia, PA  19106
        215-625-9600
Dated: 2/22/17