**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cynthia L. Caldwell | | CHAPTER 13 |
| | Debtor | |
| Kevin L. Rhoades-Thomas | Co-Debtor | |
| | | |
| JPMorgan Chase, N.A. | | NO. 16-15341 JKF |
| | Movant | |
| vs. | | |
| Cynthia L. Caldwell | | |
| | Debtor | 11 U.S.C. Section 362 |
| Kevin L. Rhoades-Thomas | Co-Debtor | |
| | | |
| William C. Miller Esq. | | |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by MovantJPMorgan Chase, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant with respect to the1C3CCCBBXFN531145 2015 Chrysler 200 S. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this 16th day of March, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Cynthia L. Caldwell
7362 Chelwynde Avenue
Philadelphia, PA 19153

David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532