United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15341-jkf
Cynthia L. Caldwell                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine              Page 1 of 1             Date Rcvd: Mar 16, 2017
                      Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
db             +Cynthia L. Caldwell,    7362 Chelwynde Avenue,    Philadelphia, PA 19153-2206
               +KML Law Group P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, Pa 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com,
    davidoffenecf@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase, N.A. bkgroup@kmllawgroup.com
        JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
    paeb@fedphe.com
        ROBERT PATRICK WENDT    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
    paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase, N.A. tpuleo@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cynthia L. Caldwell | | CHAPTER 13 |
| _Debtor_ | | |
| Kevin L. Rhoades-Thomas   Co-Debtor | | |
| | | |
| JPMorgan Chase, N.A. | | NO. 16-15341 JKF |
| _Movant_ | | |
| vs. | | |
| Cynthia L. Caldwell | | 11 U.S.C. Section 362 |
| _Debtor_ | | |
| Kevin L. Rhoades-Thomas   Co-Debtor | | |
| | | |
| William C. Miller Esq. | | |
| _Trustee_ | | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by MovantJPMorgan Chase, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant with respect to the1C3CCCBBXFN531145 2015 Chrysler 200 S. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this 16th day of March, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Cynthia L. Caldwell
7362 Chelwynde Avenue
Philadelphia, PA 19153

David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532