```
                    IN THE UNITED STATE BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| In Re: | Cynthia L. Caldwell | ) Chapter 13 |
|  |  | ) |
|  | Debtor | ) No.16-15341-JKF |
|  |  | ) |
|  |  | ) |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor