United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia L. Caldwell  
    Debtor

Case No. 16-15341-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Apr 18, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.  
db        +Cynthia L. Caldwell,   7362 Chelwynde Avenue,   Philadelphia, PA 19153-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:  
      DAVID M. OFFEN   on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com, davidoffenecf@gmail.com  
      DENISE ELIZABETH CARLON   on behalf of Creditor   JPMorgan Chase, N.A. bkgroup@kmllawgroup.com  
      JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, et. al. paeb@fedphe.com  
      ROBERT PATRICK WENDT   on behalf of Creditor   Deutsche Bank National Trust Company, et. al. paeb@fedphe.com  
      THOMAS I. PULEO   on behalf of Creditor   JPMorgan Chase, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com  
      TOTAL: 7

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Cynthia L. Caldwell   )   Chapter 13
                               )
         Debtor                )   16-15341-JKF
                               )
                               )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $4,000.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

**Date: April 17, 2017**

DATED: _____      _____
                            HONORABLE JEAN K. FITZSIMON
                            UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire