United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia L. Caldwell  
    Debtor

Case No. 16-15341-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 02, 2017  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13781963         E-mail/Text: ally@ebn.phinsolutions.com May 03 2017 01:30:41      Ally Bank,    PO Box 130424,     Roseville MN 55113-0004  
                                                                                                                                                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com, davidoffenecf@gmail.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase, N.A. bkgroup@kmllawgroup.com  
         JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al. paeb@fedphe.com  
         ROBERT PATRICK WENDT    on behalf of Creditor    Deutsche Bank National Trust Company, et. al. paeb@fedphe.com  
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                             TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15341-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia L. Caldwell
7362 Chelwynde Avenue
Philadelphia PA 19153

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/27/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Bank, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/04/17

Tim McGrath
**CLERK OF THE COURT**