# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|     CYNTHIA L. CALDWELL, | ) | |
| | ) | |
|                         Debtor | ) | CASE NO. : 16-15341-ELF |
| | ) | |
| | ) | **HEARING DATE:** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | Tuesday, November 21, 2017 |
| ASSIGNEE OF ALLY FINANCIAL ("PRA") | ) | 9:30 a.m. |
| BY AND THROUGH ITS SERVICING AGENT, | ) | |
| PRA RECEIVABLES MANAGEMENT, LLC, | ) | |
| | ) | |
|     vs.                   Movant | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| CYNTHIA L. CALDWELL, | ) | Robert N.C. Nix Federal Courthouse |
| | ) | Courtroom No. 1 |
|                       Respondent | ) | 900 Market Street |
|     and | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
|                       Trustee | ) | |

## ORDER

AND NOW, this 22nd day of November, 2017, based upon the Motion filed, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay is **MODIFIED** to permit the Movant to proceed and continue with an action in vehicle possession (2015 Dodge Journey, V.I.N. 3C4PDDDG3FT566862) and to permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**