United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15341-elf
Cynthia L. Caldwell                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: YvetteWD              Page 1 of 1               Date Rcvd: Nov 27, 2017
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +Cynthia L. Caldwell,    7362 Chelwynde Avenue,    Philadelphia, PA 19153-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com,
         davidoffenecf@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase, N.A. bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ     on behalf of Creditor    Portfolio Recovery Associates, LLC
         jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
        JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
         paeb@fedphe.com
        ROBERT PATRICK WENDT     on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
         paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                 TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|     CYNTHIA L. CALDWELL, | ) | |
| | ) | |
|                      Debtor | ) | CASE NO. : 16-15341-ELF |
| _____ | ) | |
| | ) | **HEARING DATE:** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | Tuesday, November 21, 2017 |
| ASSIGNEE OF ALLY FINANCIAL ("PRA") | ) | 9:30 a.m. |
| BY AND THROUGH ITS SERVICING AGENT, | ) | |
| PRA RECEIVABLES MANAGEMENT, LLC, | ) | |
| | ) | |
|     vs.                Movant | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| CYNTHIA L. CALDWELL, | ) | Robert N.C. Nix Federal Courthouse |
| | ) | Courtroom No. 1 |
|                      Respondent | ) | 900 Market Street |
|     and | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
|                      Trustee | ) | |

**ORDER**

AND NOW, this 22nd day of November, 2017, based upon the Motion filed, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay is **MODIFIED** to permit the Movant to proceed and continue with an action in vehicle possession (2015 Dodge Journey, V.I.N. 3C4PDDDG3FT566862) and to permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**