**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                **Chapter 13**
CYNTHIA L. CALDWELL

                 **Debtor(s)**                            **Case No.** 16-15341-ELF

# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 8/20/2021                  By:     */s/ William C. Miller*
                                                      William C. Miller, Esquire, Chapter 13 Trustee
                                                      1234 Market St., Suite 1813
                                                      Philadelphia, PA 19107
                                                      (215) 627-1377 (Phone)
                                                      (610) 627-6299 (Fax)