United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-15341-elf
Cynthia L. Caldwell  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Aug 27, 2021      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia L. Caldwell, 7362 Chelwynde Avenue, Philadelphia, PA 19153-2206 |
| 13767492 | | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13779942 | | Deutsche Bank National Trust Co., c/o Robert P. Wendt, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13832663 | + | Deutsche Bank National Trust Company, c/o Ocwen Loan Servicing LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13767498 | | Internal Revenue Service, Attn: Special Procedures, 6th and Arch Streets, Suite 5200, Philadelphia, PA 19106 |
| 13767499 | + | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 13767502 | + | Pstc Red Arrow Emp Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 13767508 | + | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13839146 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13767490 | | Email/Text: ebn@americollect.com | Aug 27 2021 23:28:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13767488 | + | Email/Text: EBNProcessing@afni.com | Aug 27 2021 23:28:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 13781963 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:28:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13767489 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:28:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 13767491 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2021 23:28:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 13855942 | + | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13789275 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:33:20 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13767493 | + | Email/Text: bk.notifications@jpmchase.com | Aug 27 2021 23:28:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13767494 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:21 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 13767495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:26 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13767496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2021 23:28:00 | Comenity Bank/Ashley Stewart, Po Box 182124, Columbus, OH 43218-2124 |
| 13767497 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2021 23:28:00 | Comenity Bank/Pier 1, Po Box 182125, Columbus, OH 43218-2125 |
| 13836572 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 23:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13793850 | | Email/Text: bk.notifications@jpmchase.com | Aug 27 2021 23:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13817949 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2021 23:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13767501 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13839681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:33:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13798619 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 13803721 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13767503 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:33:15 | Synchrony Bank, Po Box 103104, Roswell, GA 30076-9104 |
| 13767504 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:33:25 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 13767505 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:33:20 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 13767507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:16 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13767500 | *+ | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 13908126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13767506 | *+ | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 27, 2021 Form ID: 138OBJ Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMorgan Chase  N.A. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Portfolio Recovery Associates  LLC jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com |
| ROBERT PATRICK WENDT | on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cynthia L. Caldwell
    Debtor(s)

Case No: 16−15341−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/27/21

63 − 61
Form 138OBJ