# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **CYNTHIA L. CALDWELL** | |
| Debtor | Bky. No. 16-15341 ELF |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, effective March 23, 2017.[1]

**Date: September 14, 2021**

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**

---

[1]. The plan was confirmed on March 23, 2017. The accompanying written order was not entered due to judicial/clerical error.