United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-15341-elf

Cynthia L. Caldwell                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 3

Date Rcvd: Sep 14, 2021                       Form ID: pdf900                              Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia L. Caldwell, 7362 Chelwynde Avenue, Philadelphia, PA 19153-2206 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14632272 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13767492 | | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 14632444 | + | Deutsche Bank National Trust Co, c/o Andrew Spivack,Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13779942 | | Deutsche Bank National Trust Co., c/o Robert P. Wendt, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 14633535 | + | Deutsche Bank National Trust Co., c/o Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road Mount Laurel, NJ 08054-1218 |
| 13832663 | + | Deutsche Bank National Trust Company, c/o Ocwen Loan Servicing LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13767498 | | Internal Revenue Service, Attn: Special Procedures, 6th and Arch Streets, Suite 5200, Philadelphia, PA 19106 |
| 14633318 | + | Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Mount Laurel, NJ 08054-1218 |
| 13767499 | + | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14632273 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13767502 | + | Pstc Red Arrow Emp Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 13767508 | + | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13839146 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2021 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 14 2021 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 23:55:35 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13767490 | | Email/Text: ebn@americollect.com | Sep 14 2021 23:52:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13767488 | + | Email/Text: EBNProcessing@afni.com | Sep 14 2021 23:52:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 13781963 | | Email/Text: ally@ebn.phinsolutions.com | Sep 14 2021 23:52:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13767489 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 14 2021 23:52:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 13767491 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2021 23:52:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 13855942 | + | Email/Text: megan.harper@phila.gov | Sep 14 2021 23:52:00 | CITY OF PHILADELPHIA, LAW |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Sep 14, 2021        Form ID: pdf900        Total Noticed: 41

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | | DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13789275 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 23:55:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13767493 | + | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 23:52:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 13767494 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 23:55:41 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 13767495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 00:11:08 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13767496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 23:52:00 | Comenity Bank/Ashley Stewart, Po Box 182124, Columbus, OH 43218-2124 |
| 13767497 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2021 23:52:00 | Comenity Bank/Pier 1, Po Box 182125, Columbus, OH 43218-2125 |
| 13836572 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 23:52:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13793850 | | Email/Text: bk.notifications@jpmchase.com | Sep 14 2021 23:52:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13817949 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13767501 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 23:52:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13839681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 23:55:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13798619 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 13803721 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13767503 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 23:55:28 | Synchrony Bank, Po Box 103104, Roswell, GA 30076-9104 |
| 13767504 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 23:55:28 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 13767505 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 23:55:28 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 13767507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 23:55:41 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13767500 | *+ | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14633319 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13908126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

District/off: 0313-2            User: admin            Page 3 of 3

Date Rcvd: Sep 14, 2021            Form ID: pdf900            Total Noticed: 41

13767506      *+          Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021            Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMorgan Chase  N.A. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Portfolio Recovery Associates  LLC jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company  et. al. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| ROBERT PATRICK WENDT | on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                      **Chapter 13**

        **CYNTHIA L. CALDWELL**

              **Debtor**                                **Bky. No.  16-15341 ELF**

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

     B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

     **WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, effective March 23, 2017.[1]

**Date:  September 14, 2021**

                                    **ERIC L. FRANK**
                                    **U.S. BANKRUPTCY JUDGE**

---

    1.   The plan was confirmed on March 23, 2017.  The accompanying written order was not entered due to judicial/clerical error.