United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15341-elf |
| Cynthia L. Caldwell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia L. Caldwell, 7362 Chelwynde Avenue, Philadelphia, PA 19153-2206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2021 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2021 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 17 2021 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 19, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: 138FIN | Total Noticed: 4 |

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

    on behalf of Creditor Deutsche Bank National Trust Company  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DAVID M. OFFEN

    on behalf of Debtor Cynthia L. Caldwell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON

    on behalf of Creditor JPMorgan Chase  N.A. bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ

    on behalf of Creditor Portfolio Recovery Associates  LLC jschwartz@mesterschwartz.com

JEROME B. BLANK

    on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com

MATTHEW K. FISSEL

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

    on behalf of Creditor Deutsche Bank National Trust Company  et. al. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

ROBERT PATRICK WENDT

    on behalf of Creditor Deutsche Bank National Trust Company  et. al. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com

THOMAS I. PULEO

    on behalf of Creditor JPMorgan Chase  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cynthia L. Caldwell
      Debtor(s)

Case No: 16−15341−elf
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/17/21

71 − 68
Form 138FIN